WILMER CUTLER PICKERING
  HALE AND DORR LLP
Jonathan A. Shapiro (SBN 257199)
jonathan.shapiro@wilmerhale.com
Michael A. Mugmon (SBN 251958)
michael.mugmon@wilmerhale.com
1117 S. California Avenue
Palo Alto, CA 94304
Telephone:  (650) 858-6000
Facsimile:  (650) 858-6100

**E-Filed 7/6/2010**

*Attorneys for Defendants Ivy Asset Management Corp.
and the Bank of New York Mellon Corp.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE BRANCH

| | |
|---|---|
| STEPHEN C. SCHOTT, as TRUSTEE FOR THE STEPHEN C. SCHOTT 1984 TRUST,<br><br>         Plaintiff,<br><br>    vs.<br><br>IVY ASSET MANAGEMENT CORP.; THE BANK OF NEW YORK MELLON CORP.; and DOES 1 through 10,<br><br>         Defendants. | Case No. .  5:10-cv-01562-JF<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, SETTING BRIEFING SCHEDULE, AND RENOTICING HEARING DATE FOR MOTION FOR CHANGE OF VENUE** |

Having reviewed the parties' joint filing submitted on June 30, 2010, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1.     The initial case management conference scheduled for July 16, 2010 at 10:30 a.m. is continued until further notice.

2.     Schott's Opposition to the Motion to Change Venue shall be due no later than September 10, 2010.

- 1 -
**[PROPOSED] ORDER GRANTING JOINT STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, SETTING BRIEFING SCHEDULE, AND RENOTICING HEARING DATE FOR MOTION FOR CHANGE OF VENUE
CASE NO.:  5:10-CV-01562-JF**

US1DOCS 7590263v1

3.   Defendants Ivy and BNY Mellon's Reply to the Opposition to the Motion to Change Venue shall be due no later than September 24, 2010.

4.   The heading on Defendants Ivy and BNY Mellon's Motion to Change Venue is renoticed for October 8, 2010.

5.   If the Court denies the Motion to Change Venue, Defendants Ivy and BNY Mellon may file a motion to dismiss the Complaint no later than 20 days from entry of this Court's order denying the Motion to Change Venue.

**IT IS SO ORDERED.**

Date: __July 6__, 2010



_____
THE HONORABLE JEREMY FOGEL
United States District Judge

-2-
[PROPOSED] ORDER GRANTING JOINT STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE, SETTING BRIEFING SCHEDULE, AND RENOTICING HEARING DATE FOR MOTION FOR CHANGE OF VENUE
**CASE NO.:  5:10-CV-01562-JF**

US1DOCS 7590263v1