RECEIVED
SEP 21 2010
Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

STEPHEN C. SCHOTT, as TRUSTEE FOR THE STEPHEN C. SCHOTT 1984 TRUST,

    Plaintiff,

v.

IVY ASSET MANAGEMENT CORP.; THE BANK OF NEW YORK MELLON CORP.; and DOES 1 through 10,

    Defendants.

Case No. 5:10-cv-01562-LHK

[PROPOSED] ORDER GRANTING ADMISSION OF STEVEN J. KAISER *PRO HAC VICE*

Steven J. Kaiser, an active member in good standing of the bars of the State of New Jersey and the District of Columbia, whose business address and telephone number is: Cleary Gottlieb Steen & Hamilton LLP, 2000 Pennsylvania Avenue NW, Washington, DC 20006, (202) 974-1500, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing IVY ASSET MANAGEMENT CORP. and THE BANK OF NEW YORK MELLON CORP.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 23, 2010

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

Order Granting Application for Admission of Steven J. Kaiser *Pro Hac Vice*
Case No. 5:10-cv-01562-LHK

1

FAXED